1  Sako Demirjian
**DOWNTOWN LA LAW GROUP**
2  910 Broadway
Los Angeles, California  90015
3  Tel:  (213) 389-3765
Email:  sako@downtownlalaw.com
4

5  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
ALEXANDER J. HARWIN, SB# 225254
6     E-Mail: Alexander.Harwin@lewisbrisbois.com
TRACI WHALEY PATINO, SB# 207512
7     E-Mail: Traci.Patino@lewisbrisbois.com
633 West 5th Street, Suite 4000
8  Los Angeles, California 90071
Telephone: 213.250.1800
9  Facsimile: 213.250.7900

10  Attorneys for Defendant, OSI/Fleming's,
LLC, doing business as Flemings Prime
11  Steakhouse & Wine Bar and erroneously
sued as Bloomin' Brands, Inc.
12

13                    UNITED STATES DISTRICT COURT
14
      CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DISTRICT
15

16
    MARY KAMAKA, an individual,          Case No. 8:23-cv-02331-JVS-DFM
17
              Plaintiff,                 **JOINT STIPULATION FOR**
18                                       **DISMISSAL WITH PREJUDICE**
                                         **PURSUANT TO F.R.C.P. 41**
        vs.                              **(a)(1)(A)(ii)**
19
    FLEMINGS PRIME STEAKHOUSE &
20  WINE BAR, an unknown entity;
    BLOOMIN' BRANDS, INC., a
21  Delaware corporation; DOE 1
    MANAGER; and DOES 2-50,
22  inclusive,

23            Defendants.

24

25

26       Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between

27  the parties hereto that this action may be dismissed with prejudice as to all parties;

28  each party to bear his/her/its own attorneys' fees and costs.  This stipulation is made

145707063.1                          1
JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1 | as the matter has resolved to the satisfaction of all parties.

2 | / / /

3 | DATED:  September 16 , 2024      DOWNTOWN LA LAW GROUP

4

5

6 | By: _____

7 | SAKO DEMIRJIAN
Attorneys for Plaintiff, Mary Kamaka

8 | DATED:  September 15, 2024      LEWIS BRISBOIS BISGAARD & SMITH LLP

9

10

11 | By: _____

12 | TRACI WHALEY PATINO
ALEXANDER J. HARWIN

13 | Attorneys for Defendant, OSI/Fleming's,
LLC, doing business as Flemings Prime

14 | Steakhouse & Wine Bar and erroneously
sued as Bloomin' Brands, Inc.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LEWIS
BRISBOIS
BISGAARD
& SMITH LLP**
ATTORNEYS AT LAW

145707063.1

2

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)

**FEDERAL COURT PROOF OF SERVICE**
MARY KAMAKA v. FLEMINGS PRIME STEAKHOUSE & WINE BAR
Case No.

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071.  I am employed in the office of a member of the bar of this Court at whose direction the service was made.

     On September ___, 2024, I served the following document(s):

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)**

     I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Sako Demirjian                   Attorneys for Plaintiff,
DOWNTOWN LA LAW GROUP     MARY KAMAKA
910 Broadway
Los Angeles, California  90015
Tel:  (213) 389-3765
Email:  sako@downtownlalaw.com

     The documents were served by the following means:

☒    (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

     I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

     Executed on September ___, 2024, at Los Angeles, California.

_____
Tammy Wons

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

145707063.1

3

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)